UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

DAVID NICOLL

MAGISTRATE JUDGE: ___Madeline Cox Arleo, U.S.M.J.___

MAGISTRATE NO.: ___13-8106-02 (MCA)___

DATE OF PROCEEDINGS: ___April 9, 2013___

DATE OF ARREST: ___4/9/2013___

PROCEEDINGS: ___Initial___

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
(✓) WAIVER OF HRG.: ✓ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(✓) BAIL SET: ___1,000,000___
     ( ) UNSECURED BOND
     (✓) SURETY BOND SECURED BY CASH / PROPERTY
(✓) TRAVEL RESTRICTED ___NJ / PA___
(✓) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(✓) MENTAL HEALTH TESTING AND/OR TREATMENT
(✓) SURRENDER &/OR OBTAIN NO PASSPORT
(✓) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___ COURT ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA ___Jacob Elberg, AUSA___

DEFT. COUNSEL ___John Whipple, Retained___

PROBATION _____

INTERPRETER _____
            Language: (          )

Time Commenced: ___4:17 pm___
Time Terminated: ___4:30 pm___
CD No: ___ECR___

___Marquis Whitney___
DEPUTY CLERK