UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                        :          NO. _____13-8106-02 (MCA)_____

    V.          :

                             :          NOTICE OF ATTORNEY APPEARANCE

DAVID NICOLL

                             :

SIR:

       YOU   ARE   HEREBY   NOTIFIED   THAT   I   APPEAR   FOR _____DAVID NICOLL_____, THE   DEFENDANT IN   THE   ABOVE-ENTITLED MATTER.

DATE:_____April 9, 2013_____

SIGNATURE: *John C. Whipple*

NAME:_____John Whipple, Retained_____

(Please Print)

FIRM NAME: *Arseneault Whipple LLP*

ADDRESS: *560 Main Street*

*Chatham NJ 07928*

TELEPHONE NUMBER: *973.635.3366*